UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:12-CR-12-1BO(3)

| | |
|---|---|
| IN RE: | : |
| | : |
| INDICTMENT | :    <u>ORDER TO SEAL INDICTMENT</u> |
| OF WILLIAM B. CLAYTON | : |
| Presented June 19, 2012 | : |

Upon motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on _____, be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing an arrest warrant for the defendant and to provide copies of the Indictment to the United States Attorney.

It is FURTHER ORDERED that the Clerk unseal and publish the captioned Indictment upon motion of the United States Attorney.

This the 20th day of June, 2012.

_____
UNITED STATES MAGISTRATE JUDGE